UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LACHELLE MATTHEWS,<br><br>    Plaintiff,<br>v.<br><br>GLA COLLECTION COMPANY, INC.,<br><br>    Defendant. | Case No: 4:16-cv-00235-RLY-TAB<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, LACHELLE MATTHEWS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:   6/14/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record